## MERCHANTS SOUTHWEST TRANSFER & STORAGE CO. v. WATKINS.

No. 14636—Opinion Filed Sept. 23, 1924.

Error from County Court, Oklahoma County; C. C. Christison, Judge.

Action between Merchants Southwest Transfer & Storage Co. and Philip C. Watkins. From the judgment, the former brings error. Reversed and remanded.

Gasper Edwards, for plaintiff in error.

O. J. Roberts, for defendant in error.

PER CURIAM. Upon authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 957, this cause is reversed and remanded for new trial for failure of defendant in error to file brief as provided in rule 7 of the court.